United States District Court
Southern District of Texas
**ENTERED**
May 05, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:20-CV-67 |
| § | |
| **202.893 ACRES OF LAND, MORE OR** § | |
| **LESS, and LAREDO COLLEGE,** § | |
| § | |
| Defendant. § | |

## ORDER

The undersigned judge hereby recuses himself in the above styled and numbered cause.

IT IS SO **ORDERED**.

**SIGNED** on May 5, 2020.

_____
John A. Kazen
United States Magistrate Judge